

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00241-CV

Lucia **SALDIVAR**, Individually and as Representative of the Estate of Mark Anthony Saldivar,
Appellant

v.

Joshua F. **WHITE**, Individually and d/b/a 88 Classic Records, and 88 Classic LLC,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11437
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On May 21, 2021, the trial court signed an order granting special appearances and dismissing plaintiff's claims against defendants Joshua F. White, Individually and d/b/a 88 Classic Records, and 88 Classic LLC. Appellant's notice of appeal was due to be filed on June 10, 2021. *See* TEX. R. APP. P. 26.1(b). Appellant's notice of appeal was filed on June 14, 2021. Appellant has not filed a motion for extension of time to file her notice of appeal. *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

On July 19, 2021, this court ordered appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. On July 20, 2021, appellant did so. Appellant's request for an extension is GRANTED. Appellant's brief is due on August 4, 2021.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court